## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

DENA ROOD,                                    Civil No. 10-4308 (RHK/SER)

          Plaintiff,         **ORDER FOR DISMISSAL**

v.

STONELEIGH RECOVERY ASSOCIATES,
LLC, DAVE FOX,

          Defendants.
_____

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 4) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  January 21, 2011

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge